1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ELAINE BALBIN GATERS, ET AL., | ) | Case No.: C 09-01913 PVT |
| Plaintiffs, | ) ) | **ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |
| v. | ) | |
| NEW CENTURY MORTGAGE CORPORATION, ET AL., | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

    On May 13, 2009, defendants Carrington Mortgage Services, LLC, Carrington Recovery Services, LLC and Atlantic & Pacific Foreclosure Services, LLC filed a motion to dismiss pursuant to Rule 12(b)(6). This case has been assigned to a Magistrate Judge. Before the court takes any action on the above-specified motion, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

    IT IS HEREBY ORDERED that no later than May 22, 2009, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's

1  website at www.cand.uscourts.gov.

2  Dated:    May 14, 2009

3  _____
   PATRICIA V. TRUMBULL
   United States Magistrate Judge