| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ELAINE BALBIN GATERS, ET AL., | ) | Case No.: C 09-01913 PVT |
| Plaintiffs, | ) ) | **ORDER FOR REASSIGNMENT TO A DISTRICT COURT JUDGE** |
| v. | ) ) | |
| NEW CENTURY MORTGAGE CORPORATION, ET AL., | ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

On May 13, 2009, defendants Carrington Mortgage Services, LLC, Carrington Recovery Services, LLC and Atlantic & Pacific Foreclosure Services, LLC moved to dismiss pursuant to Rule 12(b)(6). On May 14, 2009, this court had ordered that the parties file either a "consent to proceed before a United States Magistrate Judge," or else a "declination to proceed before a United States Magistrate Judge and request for reassignment" no later than May 22, 2009. ("May 14, 2009 Order"). All of the parties have not consented (or otherwise responded to the May 14, 2009 Order) to jurisdiction of this court. Accordingly, the above-captioned action shall be reassigned to a district

1 | court judge.

2 |     IT IS SO ORDERED.

3 | Dated: June 4, 2009

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*