UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE BALBIN GATERS and SANDRO RAMIREZ GATERS,<br><br>                  Plaintiffs,<br><br>v.<br><br>NEW CENTURY MORTGAGE CORPORATION, a business entity, form unknown; CARRINGTON MORTGAGE SERVICES, LLC, a business entity, form unknown; CARRINGTON RECOVERY SERVICES, LLC, a business entity, form unknown, ATLANTIC & PACIFIC FORECLOSURE SERVICES, LLC, a business entity, form unknown; entities unknown, claiming any legal or equitable, title, estate, lien or interest adverse to Plaintiff's title in the property described in the Complaint filed in this case, DOES 1 through 25, inclusive,<br><br>                  Defendants. | CASE NO. 09-CV-01913 JF<br><br>ORDER GRANTING JOINT STIPULATION TO MOTION TO DISMISS WITH PREJUDICE |

///

///

///

-1-

1   WHEREAS, this Court having considered the "Joint Stipulation to Motion to Dismiss With
2   Prejudice", and the complete files and records of this action, the Court hereby **GRANTS** the
3   motion.
4   NOW, THEREFORE, IT IS HEREBY ORDERED that the Complaint is dismissed in its
5   entirety with prejudice.
6   **IT IS SO ORDERED**.

8   Dated: July 9, 2009

HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

*Gaters, et al. v. New Century Mortgage Corporation, et al. – Order Granting Joint Stipulation to Motion to Dismiss*